UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL HENDERSON,

        Plaintiff,                  CIVIL ACTION NO. 07-14967

v.

                                    HONORABLE AVERN COHN
CITY OF DETROIT, et al,         UNITED STATES DISTRICT JUDGE

        Defendants.
_____/

## ORDER GRANTING EX-PARTE MOTION FOR SUBSTITUTED SERVICE

Before the Court is the above referenced motion filed by the Plaintiff. Plaintiff seeks an order for substituted service for defendants Juan Davis and Bobby Drew. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is GRANTED.


Dated: December 19, 2007         s/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, December 19, 2007, by electronic and/or ordinary mail.

                                                      s/Julie Owens
                                                      Case Manager, (313) 234-5160